UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN EUGENE GILLISPIE,

                Plaintiff,

v.                                            Case No. 16-cv-1592-pp

CORRECT CARE SOLUTIONS, *et al.*,

                Defendants.

---

**DECISION AND ORDER GRANTING THE PLAINTIFF'S MOTION TO AMEND/CORRECT THE COMPLAINT (DKT. NO. 32)**

---

On January 29, 2018, the plaintiff filed a motion to amend/correct the complaint. Dkt. No. 32. He asks to substitute proper names for the Doe defendants, and to dismiss other defendants. Id. The plaintiff states that Larry Malcomsen should be named in place of "John Doe employed as BCJ Administrator," and that Emily Blozinski should be named in place of "EB Nurse Practitioner." Id. He also asks to dismiss "Jane Doe Nurse" and "John Doe Nurse" from the case. The court will grant both requests.

The court **GRANTS** the plaintiff's motion to amend/correct the complaint. Dkt. No. 32. The **ORDERS** that the clerk of court shall revise the caption of this case to reflect that the proper name of "John Doe employed as BCJ Administrator" is Larry Malcomsen and the proper name of "EB Nurse Practitioner" is Emily Blozinski.

The court **ORDERS** that "Jane Doe Nurse" and "John Doe Nurse" are **DISMISSED** from this case.

1

The court **ORDERS** the United States Marshal to serve a copy of the complaint and this order on Larry Malcomsen and Emily Blozinski under Federal Rule of Civil Procedure 4. The court advises the plaintiff that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. §1921(a). Although Congress requires the court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The plaintiff may find the full fee schedule at 28 C.F.R. §§0.114(a)(2), (a)(3). The U.S. Marshals will give the plaintiff information on how to remit payment. The court is not involved in collection of the fee.

The court **ORDERS** Larry Malcomsen and Emily Blozinski to file a responsive pleading to the complaint.

Dated in Milwaukee, Wisconsin this 27th day of February, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**