UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN EUGENE GILLISPIE,

                Plaintiff,

v.                               Case No. 16-cv-1592-pp

CORRECT CARE SOLUTIONS, *et al.*,

                Defendants.

**ORDER GRANTING THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS (DKT. NO. 52)**

On June 29, 2018, the plaintiff filed a motion "requesting approval of the court to extend the period for responding to the interrogatories and request for production of documents." Dkt. No. 52. The plaintiff does not specify when his discovery responses are/were due nor does he specify how long an extension he wants. See id. The plaintiff only explains that the institution has been on lockdown since May 31, 2018, and it has "changed the process" for the plaintiff to "obtain[] the documents that are needed to complete [his] research." Id.

Based on the plaintiff's explanation that he does not have the documents he needs to complete his research, it's unclear whether the plaintiff wants more time to respond to the defendants discovery requests or if he also wants more time to conduct his own discovery. To resolve both issues, the court will give the plaintiff 30 additional days to respond to the defendants' discovery requests and will also extend the scheduling order by 30 days.

The court **GRANTS** the plaintiff's motion for an extension of time to respond to discovery requests. Dkt. No. 52. The court **ORDERS** that the plaintiff's deadline to respond to the defendants' discovery requests is extended by **30 days**; the discovery deadline is extended until the end of the day on **August 25, 2018**; and the dispositive motions deadline is extended until the end of the day on **September 25, 2018**.

Dated at Milwaukee this 2nd day of July, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER
United States District Court Judge**